TOWN OF NORTH HEMPSTEAD, Respondent, v. PUBLIC SERVICE CORPORA-

TION OF LONG ISLAND, Appellant.— Judgment affirmed, with costs, upon the opinion of Mr. Justice Aspinall at Special Term.    [Reported in 107 Misc. Rep. 19.]   Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.